United States District Court
District of Connecticut

FILED
2004 MAR -2 P 4:30
US DISTRICT COURT
BRIDGEPORT CT

James McKinnon case, 3:02CV2164 (AWT)

VS.

John Lahda, ET AL
Thomas Hunt

February 29, 2004

Defendants Individual Capacity

Plaintiff motion is to court Ruling and Order Dated February 11, 2004.

1. Plaintiff James McKinnon pro se respectfully moves the court to know plaintiff has not filed another action against defendants Lahda and Hunt. It's one complaint it was not dism it was permit and filed McKinnon vs. Hunt 3:02CV2317 (JCH). This is not a separate action. Plaintiff request not to held to the same standards as an attorney

By: James Lee McKinnon
James Lee McKinnon pro se
MacDougall-Walker
1153- East Street South
Suffield, CT 06078

Plaintiff James McKinnon is a citizen of United States who presently resides at MacDougall-Walker Correctional 1153-East Street South Suffield Connecticut 06078

Defendant Thomas Hunt is a citizen of United States who presently resides at Garner Correctional Institution 50, Nunnawauk Road Newtown Connecticut, 06470

Defendant John Lahda is a citizen of United States who presently resides at Garner Correctional Institution 50' Nunnawauk Road Newtown Connecticut, 06470

By: *James Lee McKinnon*
James Lee McKinnon prose
MacDougall Walker C-I
1153-East Street South
Suffield Connecticut
06078

## Certification

I hereby certify that on this 28, Day of February 2004 through this attachment that this claim to be True and to the best of my obility

By: *James Lu McK___*
James Lee McKinnon prose
MacDougall-Walker
1153-East Street South
Suffield Connecticut
06078