UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUN 24  P 6: 05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

JAMES McKINNON          :
                        :        PRISONER
    v.                  :   Case No. 3:02cv2164(AWT)
                        :
JOHN LAHDA, ET AL.      :

RULING ON PENDING MOTION

On March 13, 2003, the court dismissed the plaintiff's complaint as barred by the prior pending action doctrine. (See doc. # 5.) The other action is entitled McKinnon v. Hunt, Case no. 3:02cv2317 (JCH).

The plaintiff "moves the court to know plaintiff has not filed another action against defendants Lahda and Hunt." He claims that this case is not a separate action. The complaint in this action is dated December 4, 2002, and was received by the court accompanied by an application to proceed in forma pauperis, on December 9, 2002. On December 31, 2002, a new complaint dated December 29, 2002, and a new application to proceed in forma pauperis were received by the court. The complaint, captioned McKinnon v. Hunt, et al., was opened as Case no. 3:02cv2317 and assigned to Judge Janet B. Hall. The above complaints were received on different days and were opened as separate actions by the court.

Accordingly, the plaintiff's Motion [doc. # 12] is DENIED.

SO ORDERED this __18__ day of __June__, 2004, at Bridgeport, Connecticut.

```
                              _____
                              Holly B. Fitzsimmons
                              United States Magistrate Judge
```